UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:    Case Number 08-29355 GMB

Debtor: Janet L. Nees

| Check Number | Creditor | Amount |
|---|---|---|
| 1728496 | Wells Fargo Home Mortgage, Inc. | 1107.10 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 10, 2011